**No. 48869.**—Protest 32912–K of Ernst W. C. Toepfer (New York).

Opinion by LAWRENCE, J. The uncontradicted evidence disclosed that the said tape measures are similar to those involved in Abstract 43372, which record was incorporated herein. In accordance therewith the protest was sustained as to the tape measures identified on the invoices accompanying entry 830752. The protest was overruled in all other respects.

**No. 48870.**—Protests 54193–K, etc., of M. Pressner & Co. et al. (New York).

Opinion by LAWRENCE, J. The record disclosed that said pencil sharpeners are similar in all material respects to those the subject of Abstract 41633, which record was incorporated herein. In accordance therewith they were held dutiable at 40 percent under paragraph 339 as claimed.

BEFORE THE THIRD DIVISION, OCTOBER 14, 1943

**No. 48871.**—Protests 35643–K, etc., of Armour & Co. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and cited cases, the following allowances were made by the court to compensate for foreign substances on the outside of certain cheese: (1) 2½ percent for cheese similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269, and (2) an allowance was also made for the weight of the paper or foil, or both, in which certain cheese was wrapped, following *Kraft Phenix Cheese Corp.* v. *United States* (T. D. 47955). Protests sustained to this extent.

**No. 48872.**—Protests 99110–K, etc., of Strauss-Eckardt Co., Inc., et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, OCTOBER 15, 1943

**No. 48873.**—Protest 28405–K of Sprouse Reitz Co., Inc. (Portland, Oreg.).

Opinion by OLIVER, P. J. It was stipulated that the banks in question are the same as those the subject of Abstract 48518. The claim at 40 percent under paragraph 339 was therefore sustained.